# Third District Court of Appeal

## State of Florida

Opinion filed May 3, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-598
Lower Tribunal No. 20-14167

————————

**Tross One LLC, etc., et al.,**
Appellants,

vs.

**Sevents Properties, LLC, etc., et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Quintairos, Prieto, Wood & Boyer, P.A., and Thomas A. Valdez (Tampa), and Laura Buitrago, for appellants.

Chase Law & Associates, P.A., and Kenneth E. Chase and Brian D. Fell, for appellees.

Before SCALES, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.